IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GARY WAYNE MORGAN, Jr., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-1150-ID |
| | ) | [WO] |
| | ) | |
| STATE OF ALABAMA, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On January 4, 2010, the Magistrate Judge entered a Recommendation (Doc. No. 2) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge be and the same is hereby ADOPTED. It is further

ORDERED that this case be and the same is hereby TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this 28th day of January, 2010.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE